UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-20434-C-13 |
| LORRAINE M. CORTEZ, | § | (CHAPTER 13) |
|     DEBTOR | § | |

## NOTICE OF HEARING

    Notice is hereby given that a hearing is scheduled for **9:00 a.m. on February 24, 2014** in the U. S. Bankruptcy Court located at 1133 N. Shoreline Blvd., 2nd Floor, Corpus Christi, TX 78401 to consider and act upon the Expedited Motion for Relief From the Stay as to Real Estate filed by Bruce Callaway.  The deadline for responses or objections to the Expedited Motion for Relief From the Stay as to Real Estate is hereby shortened to **February 21, 2014.**

    Respectfully submitted,

    */s/ Kevin M. Maraist*
Kevin M. Maraist
State Bar No. 12962020
ANDERSON, LEHRMAN, BARRE & MARAIST, L.L.P.
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
(361) 884-4981
FAX: (361) 884-1286

*Attorneys for Bruce Callaway*

## Certificate of Service

    A copy of this Notice of Hearing was served on the persons shown on Service List at the addresses reflected on that list on February 6, 2014 by prepaid United Stated first class mail.

    */s/ Kevin M. Maraist*
Kevin M. Maraist

## SERVICE LIST

Ralph Perez
Attorney at Law
4646 Corona, Ste. 165
Corpus Christi, TX 78411

Lorraine M. Cortez
1806 Loritte
Corpus Christi, TX 78416

Cindy Boudloche, Chapter 13 Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78401

Nueces County Tax Assessor
P.O. Box 2810
Corpus Christi, TX 78403-2810

Propel Financial Services, LLC
P.O. Box 100350
San Antonio, TX 78201

Regional Acceptance Co.
Attn: Bankruptcy
266 Beacon ave.
Winterville, NC 28590

Santander Consumer Usa
P.O. Box 961245
Ft Worth, TX 76161

World Acceptance Corp
Attn: Bankruptcy
P.O. Box 6429
Greenville, SC 29606

Ad Astra Rec
8918 W. 21st St., N Suite 200
Mailbox: 112
Wichita, KS 67205

Approved Money Center
3912 SPID
Corpus Christi, TX 78415

Atlas Credit
4338 Ayers
Corpus Christi, TX 78415

Avante
2950 S. Gessner
Houston, TX 77063

Caine & Wiener
P.O. Box 5010
Woodland Hills, CA 91365

Central Fin
Attn: Bankruptcy
P.O. Box 66044
Anaheim, CA 92816

Cert-Med
P.O. Box 782408
San Antonio, TX 78278

Credit Coll
2 Wells Ave.
Newton, MA 02459

Credit Collections
P.O. Box 773
Needham, MA 02494

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

Del Mar Fin
4812 Ayers
Corpus Christi, TX 78415

DJO
599 Cardigan Rd
St. Paul, MN 55126

ER Solutions/Convergent Outsourcing Inc.
P.O. Box 9004
Renton, WA 98057

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104

First Source Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

MCI
CAS Dept
500 Technology Dr.
Weldon Springs, MO 63304

Midland Fund
8875 Aero Dr. Ste. 200
San Diego, CA 92123

Mitchel D. Luhm & Assoc
2222 Texoma, Ste. 160
Sherman, TX 75090

Mnet Fin Inc.
95 Argonaut
Aliso Viejo, CA 92656

Municipal Services Bureau
P.O. Box 16777
Austin, TX 78761

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

NCO Fin/99
P.O. Box 15636
Wilmington, DE 19850

Pinnacle Financial Group
7825 Washington Ave. @ Ste. 410
Minneapolis, MN 55439-2409

Receivables Management
14675 Martin Dr.
Eden Prairie, MN 55344

Sarma Coll
1801 Broadway St.
San Antonio, TX 78215

The Bourassa Law Group
P.O. Box 28039
Las Vegas, NV 89126

The Bureaus Inc.
Attn: Bankruptcy Dept
1717 Central St
Evanston, IL   60201

The Cash Store
4117 S. Staples, Ste. 280
Corpus Christi, TX 78411

Travis County EMS
15 Waller St., 2nd Floor
Austin, TX 78702

Wells Fargo
4938 S. Staples C-16
Corpus Christi, TX 78411

World Acceptance Corp
Attn: Bankruptcy
P.O. Box 6429
Greenville, SC 29606

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-1294

National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901

Texas Comptroller of Public Accts
Bankruptcy Div
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Comission
TWC Building
Austin, TX 78778