UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-20434-C-13 |
| LORRAINE M. CORTEZ, | § | (CHAPTER 13) |
|    DEBTOR | § | |

**NOTICE OF TERMINATION OF STAY**

Pursuant to 11 U.S.C. §362 Bruce Callaway ("Callaway") hereby gives notice of the termination of the automatic stay.

The automatic stay is terminated as to the following real property pursuant to the Chapter 13 Agreed Order Conditioning Automatic Stay signed by the Bankruptcy Court on March 3, 2014:

Lot 8, Block 7, Monterrey Gardens Unit 4, a Subdivision of the City of Corpus Christi, Nueces County, Texas, known as 1806 Loritte, Corpus Christi, TX 78416.

Respectfully submitted,

_/s/ Kevin M. Maraist_
Kevin M. Maraist
State Bar No. 12962020

ANDERSON, LEHRMAN, BARRE & MARAIST, L.L.P.
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas 78404
(361) 884-4981
FAX: (361) 884-1286
*Attorneys-in-Charge for*
*Bruce Callaway*

1

## CERTIFICATE OF SERVICE

I certify that on March 12, 2014, a true and correct photocopy of Bruce Callaway's Notice of Termination of Stay was served on each of the following parties by first-class mail, postage prepaid or electronically by the clerk of the court.

Ralph Perez
Attorney at Law
4646 Corona, Ste. 165
Corpus Christi, TX 78411

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

                                                             */s/ Kevin M. Maraist*
                                                             Kevin M. Maraist