UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-20434-C-13 |
| LORRAINE M. CORTEZ, | § | (CHAPTER 13) |
|     DEBTOR | § | |

**BRUCE CALLAWAY'S
NOTICE OF THE WITHDRAWAL OF PROOFS OF CLAIM NOS. 6 AND 18**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Notice is hereby given that Bruce Callaway, through the undersigned counsel, withdraws Proofs of Claim Nos. 6 (Amended) and 18 on the Official Claim register filed in this case.

    Dated:  December 19, 2014.

                                    Respectfully submitted,

                                      */s/ Kevin M. Maraist*
                                    Kevin M. Maraist
                                    State Bar No. 12962020

                                    ANDERSON, LEHRMAN, BARRE & MARAIST, L.L.P.
                                    Gaslight Square
                                    1001 Third Street, Ste. 1
                                    Corpus Christi, Texas  78404
                                    (361) 884-4981
                                    (361) 884-1286 fax

                                    *Attorneys-in-Charge for Bruce Callaway*

## **CERTIFICATE OF SERVICE**

      I certify that on December 19, 2014, a true and correct photocopy of Bruce Callaway's Notice of the Withdrawal of Proofs of Claim was served on each of the following parties by first-class mail, postage prepaid or electronically by the Clerk of the Court:

Ralph Perez
Attorney at Law
4646 Corona, Ste. 165
Corpus Christi, TX 78411

Lorraine M. Cortez
1806 Loritte
Corpus Christi, TX 78416

Cindy Boudloche, Chapter 13 Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

                                            */s/ Kevin M. Maraist*
                                            Kevin M. Maraist

N:\Kevin\Callaway\Cortez, Lorraine\Withdrawal of POCs.wpd