UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | CASE NO: | 13-20434-C-13 |
| LORRAINE CORTEZ | SSN: | XXX-XX-2558 |
| Debtor | FILING DATE: | Sat, Sep 07, 2013 |

## AMENDED NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

ANY AND ALL PARTIES DISPUTING THE CLAIM INFORMATION CONTAINED IN THIS NOTICE SHOULD CONTACT THE OFFICE OF THE CHAPTER 13 TRUSTEE IMMEDIATELY.

COMES NOW, Cindy Boudloche, Standing Chapter 13 Trustee and will show the Court that she has examined the proofs of claim in the above referenced case. After such examination, the Trustee proposes that all claims be allowed for the amounts and per the treatment set out below. Creditors may still file claims, but objections may be filed and decided by the court. If no party objects to a late filed claim within 21 days of notification of the late filed claim or if an objection is overruled, the claim will be paid. The Trustee will reserve funds for secured and priority creditors in accordance with the confirmed plan until a proof of claim is filed. If no claim is filed, reserved payments may be sent to the registry of the court or distributed to filed claims of unsecured creditors.

Creditors are advised to contact the Trustee if they have questions about any of the information contained in this notice.

Debtors and their attorneys should carefully review the claims that are filed for debts that are not scheduled and treated in the confirmed plan. You are hereby put on notice that if you do not object to these claims, they will be paid by the Trustee.

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Claim Amount | Claim Filed |
|---|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | LORRAINE M CORTEZ | $0.00 | | NO |
| 0 | ATTORNEY FEE | | CAVADA LAW OFFICE | $0.00 | | NO |
| 1 | ATTORNEY FEES | | CAVADA LAW OFFICE | $2,600.00 | $2,600.00 | YES |
| 2 | POSTCONF ATTY FEES PF | | CAVADA LAW OFFICE | $400.00 | $400.00 | YES |
| 3 | MORTGAGE- PRORATA | Y | BRUCE CALLAWAY | $10,000.00 | $1,703.31 | YES |
| 4 | SECURED | | NUECES COUNTY TAX OFFICE | $1,779.00 | $1,491.50 | YES |
| 5 | SECURED | O | NUECES COUNTY TAX OFFICE | $0.00 | | NO |
| 6 | ON-GOING MORTGAGE | | PROPEL FINANCIAL SERVICES | $3,701.00 | $1,635.00 | YES |
| 7 | VEHICLE SECURED | | REGIONAL ACCEPTANCE CORP | $25,682.00 | $25,793.13 | YES |
| 8 | VEHICLE SECURED | | NCEP LLC BY AIS DATA SERVICES | $19,427.00 | $21,065.57 | YES |
| 9 | BARRED | Y | AD ASTRA REC | $835.00 | | NO |
| 10 | BARRED | Y | APPROVED MONEY CENTER | $861.00 | | NO |
| 11 | BARRED | Y | ATLAS CREDIT CO INC | $400.00 | | NO |
| 12 | BARRED | Y | AVANTE USA | $100.00 | | NO |
| 13 | BARRED | Y | CAINE & WEINER | $364.00 | | NO |
| 14 | BARRED | Y | CENTRAL FINANCIAL CONTROL | $218.00 | | NO |
| 15 | BARRED | Y | CERTI MED | $2,752.00 | | NO |
| 16 | BARRED | Y | CITIFINANCIAL | $1,460.00 | | NO |

#260

CASE NO:   13-20434-C-13   LORRAINE CORTEZ

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Claim Amount | Claim Filed |
|---|---|---|---|---|---|---|
| 17 | BARRED | Y | CREDIT COLLECTION SVCS | $286.00 | | NO |
| 18 | BARRED | Y | CREDIT COLLECTION | $361.00 | | NO |
| 19 | BARRED | Y | CREDIT MANAGEMENT INC | $49.00 | | NO |
| 20 | BARRED | Y | CREDIT MANAGEMENT INC | $40.00 | | NO |
| 21 | BARRED | Y | DEL MAR FINANCE | $496.00 | | NO |
| 22 | BARRED | Y | DJO | $415.00 | | NO |
| 23 | UNSECURED | | SPRINT NEXTEL | $551.00 | $551.91 | YES |
| 24 | UNSECURED | | PREMIER BANKCARD/CHARTER | $640.00 | $639.53 | YES |
| 25 | BARRED | Y | FIRST SOURCE ADVANTAGE | $803.00 | | NO |
| 26 | BARRED | Y | MCI | $181.00 | | NO |
| 27 | BARRED | Y | MIDLAND CREDIT MANAGEMENT I | $1,088.00 | | NO |
| 28 | BARRED | Y | THE LAW OFFICES OF MITCHELL B | $100.00 | | NO |
| 29 | BARRED | Y | MNET FINANCIAL | $433.00 | | NO |
| 30 | BARRED | Y | MUNICIPAL SERVICES BUREAU | $1,073.00 | | NO |
| 31 | BARRED | Y | NATIONAL RECOVERY AGENT | $57.00 | | NO |
| 32 | BARRED | Y | NCO FIN 99 | $759.00 | | NO |
| 33 | BARRED | Y | PINNACLE FINANCIAL GROUP | $415.00 | | NO |
| 34 | BARRED | Y | RECEIVABLES MANAGMENT | $57.00 | | NO |
| 35 | UNSECURED | | QUANTUM3 GROUP LLC AS AGENT | $150.00 | $656.73 | YES |
| 36 | BARRED | Y | THE BOURASSA LAW GROUP LLC | $964.00 | | NO |
| 37 | UNSECURED | | THE BUREAUS INC | $1,645.00 | | NO |
| 38 | UNSECURED | | COTTONWOOD FINANCIAL | $633.00 | $663.50 | YES |
| 39 | UNSECURED | | AUSTIN TRAVIS COUNTY EMERGEN | $1,073.00 | $1,073.62 | YES |
| 40 | BARRED | Y | WELLS FARGO | $200.00 | | NO |
| 41 | UNSECURED | | WORLD ACCEPTANCE CORPORATIO | $1,160.00 | $1,397.87 | YES |
| 42 | SECURED | | WORLD ACCEPTANCE CORPORATIO | $432.00 | $451.11 | YES |
| 43 | NOTICE ONLY CREDITOR | Y | IRS SPECIAL PROCEDURES BRANCH | $0.00 | | NO |
| 44 | NOTICE ONLY CREDITOR | Y | NATL BANKRUPTCY SVC CENTER | $0.00 | | NO |
| 45 | NOTICE ONLY CREDITOR | Y | TEXAS COMPTROLLER OF PUBLIC A | $0.00 | | NO |
| 46 | NOTICE ONLY CREDITOR | Y | TEXAS WORKFORCE COMMISSION | $0.00 | | NO |
| 47 | NOTICE ONLY CREDITOR | Y | JOHN LANE & ASSOCIATES | $0.00 | | NO |
| 48 | NOTICE ONLY CREDITOR | Y | LINEBARGER GOGGAN BLAIR | $0.00 | | NO |
| 49 | PRIORITY | | IRS SPECIAL PROCEDURES BRANCH | $2,290.70 | $2,290.70 | YES |
| 50 | UNSECURED | | IRS SPECIAL PROCEDURES BRANCH | $0.00 | $22.88 | YES |
| 51 | NOTICE ONLY CREDITOR | Y | THE BUREAUS INC | $0.00 | | NO |
| 52 | UNSECURED | | AMERICAN INFOSOURCE LP AS AG | $0.00 | $359.18 | YES |
| 53 | HOME MORTGAGE ARRE. | | PROPEL FINANCIAL SERVICES | $918.02 | $918.02 | YES |
| 54 | UNSECURED | | JEFFERSON CAPITAL SYSTEMS LLC | $0.00 | $1,348.52 | YES |
| 55 | NOTICE ONLY CREDITOR | Y | KEVIN MARAIST | $0.00 | | NO |
| 56 | UNSECURED | | QUANTUM3 GROUP LLC | $0.00 | $100.00 | YES |
| 57 | UNSECURED | | QUANTUM3 GROUP LLC | $0.00 | $50.00 | YES |
| 58 | POST PETITION MORTGA | Y | BRUCE CALLAWAY | $0.00 | $388.52 | YES |
| 59 | NOTICE ONLY CREDITOR | Y | ASCENSION CAPITAL GROUP | $0.00 | | NO |
| 60 | SUPPLEMENTAL ATTY FE | | CAVADA LAW OFFICE | $0.00 | $600.00 | YES |

CODES

O = PAID OUTSIDE
S = PROPERTY SURRENDERED TO LIENHOLDER
Y = NO DISTRIBUTION WILL OCCUR
NCF = NO CLAIM FILED, ADEQUATE PROTECTION PAID IN THE AMOUNT REFLECTED AS CLAIM

CASE NO:   13-20434-C-13    LORRAINE CORTEZ

WHEREFORE, the Trustee prays that those claims which have been filed be allowed as shown for the purpose of distribution pursuant to the confirmed Chapter 13 Plan and all other orders of this Court.

DATED:  Fri, Mar 13, 2015 /s/   CINDY BOUDLOCHE

CINDY BOUDLOCHE
CHAPTER 13 TRUSTEE
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786
info@ch13cctx.com

PAGE 3

CASE NO:   13-20434-C-13   LORRAINE CORTEZ

## CERTIFICATE OF SERVICE

    I Certify that on or about Fri, Mar 13, 2015, a copy of the foregoing Notice of the Trustee's Intent to Pay Claims was delivered to BNC to be served electronically or by United States Mail to the Debtor, Debtor's Counsel and all parties listed on the Court's mailing matrix.

                                                /s/   CINDY BOUDLOCHE
                                                CINDY BOUDLOCHE, TRUSTEE